**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 24-125-DLB**

**ERICA LAURA SMITH**                                        **PLAINTIFF**


**v.**                                    **JUDGMENT**


**COMMISSIONER OF SOCIAL SECURITY**                    **DEFENDANT**

*** *** *** ***

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)    the administrative decision is **AFFIRMED** and **Judgment** is entered in favor of the **Defendant**;

(2)    the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

(3)    this action is **STRICKEN** from the active docket of the Court.

This 15thday of March 2026.



Signed By:

David L. Bunning

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\SocialSecurity\MOOs\Ashland\24-125 Judgment.docx